## NOSLER v. GITHENS, *et al.*

1. SERVICE OF NOTICE. The service of notice by leaving a copy at the residence of the defendant, is not sufficient if the return does not show that the defendant was not found.
2. *Davis* v. *Burt,* 7 Iowa 56; and *Chittenden* v. *Hobbs, infra,* cited and followed.

### *Appeal from Polk District Court.*

THURSDAY, OCTOBER 13.

ACTION on a promissory note. The error in the proceedings below, of which the appellant complains, is presented in the opinion of the court. Judgment for the plaintiff, and defendant appeals.

*Jeff. S. Polk,* for the appellant, relied upon *Davis* v. *Burt, et al.,* 7 Iowa 56; *Diltz* v. *Chambers,* 2 G. Greene 479; *Peckley* v. *Gleason,* 1 Iowa 85; *Hodges* v. *Hodges,* 6 Ib. 78; *Harmon* v. *Lee,* Ib. 171; *Converse* v. *Warner,* 4 Ib. 158.

*M. D. & Wm. H. McHenry,* for the appellee.

WRIGHT, C. J.—The original notice was served, by leaving a copy with the wife of each defendant, at their respective residences; but the return does not show that the defendants were not found, nor is any cause shown for making the substituted service. *Held,* That the return was insufficient, and the court erred in rendering judgment against defendants by default. *Davis* v. *Burt. et al,* 7 Iowa 56; *Chittenden* v. *Hobbs, et al, infra.*

Judgment reversed.